## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DION IVAN PATTERSON                                              PLAINTIFF

No. 4:93CR00196-1 JLH

v.                                    No. 4:05CV01251 JLH

UNITED STATES OF AMERICA                               DEFENDANT

## ORDER

Dion Ivan Patterson has filed a Notice of Appeal. However, he has not made a substantial showing of the denial of a constitutional right. Therefore, the Court will not issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

IT IS SO ORDERED this   25th   day of October, 2005.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE