**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         NO. 4:93CR00196-01 JLH

DION IVAN PATTERSON                                                                         DEFENDANT

**ORDER**

The defendant has filed a Request for Hearing in connection with his pending Motions for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c). Good cause having been shown, the motion is GRANTED. Docket #131.

IT IS THEREFORE ORDERED that a hearing on defendant's Motions to Reduce Sentence Pursuant to the Retroactive Crack Amendment, 18 U.S.C. § 3582(c), is hereby scheduled to begin at *2:00 p.m. on THURSDAY, AUGUST 7, 2008* in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, in Little Rock, Arkansas. Docket #126 and #128.

Dated this 3rd day of July, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE