AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT - 9 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| **DION IVAN PATTERSON** | ) | Case No: 4:93CR00196-01 JLH |
| | ) | USM No: 19765-009 |
| Date of Previous Judgment: August 9, 1994 | ) | Jenniffer Horan - appointed on February 20, 2008 |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __270__ months **is reduced to** __217 MONTHS__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 267 to 327 months | Amended Guideline Range: | 210 to 262 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
**The Court recommends defendant serve the last six (6) months of his sentence in a community confinement facilty.**

Except as provided above, all provisions of the judgment dated __August 9, 1994__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: October 9, 2008

_____
Judge's signature

Effective Date: October 9, 2008
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title